# Exhibit 2

# Plaintiffs' Immigrant Visa and Alien Registration Application Confirmations



Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

Your Immigrant Visa and Alien Registration Application (DS-260) was sent to the National Visa Center (NVC) for review. Please allow up to 30 business days for the NVC to complete the review.

### Next Steps

All applicants must:

1. Obtain and submit required supporting civil documents.
2. Obtain and submit photographs that meet the Department of State's visa requirements.
3. Review the information specific to U.S. Embassy/Consulate General where your visa interview will occur.

If you have not already collected and submitted the required documents to the National Visa Center then you should do so at this time. If the documentation you have submitted is either insufficient or incomplete you will be notified by the NVC. Your visa interview cannot be scheduled until your supporting documentation is complete and correct.

Note: During the interview with a consular officer, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application and that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore, at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | BESARATI, VAHID |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 20 FEB 2014 |
| Case No: | ABD2014522003 |
| Confirmation No: | AA003VN9V6 |

ABD2014522003

AA003VN9V6

**THIS IS NOT A VISA**

Version 01.00.04



Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

Your Immigrant Visa and Alien Registration Application (DS-260) was sent to the National Visa Center (NVC) for review. Please allow up to 30 business days for the NVC to complete the review.

### Next Steps

All applicants must:

1. Obtain and submit required supporting civil documents.
2. Obtain and submit photographs that meet the Department of State's visa requirements.
3. Review the information specific to U.S. Embassy/Consulate General where your visa interview will occur.

If you have not already collected and submitted the required documents to the National Visa Center then you should do so at this time. If the documentation you have submitted is either insufficient or incomplete you will be notified by the NVC. Your visa interview cannot be scheduled until your supporting documentation is complete and correct.

Note: During the interview with a consular officer, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application and that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore, at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | SHIRKOOL, ZHILA |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 20 FEB 2014 |
| Case No: | ABD2014522003 |
| Confirmation No: | AA003VNKRS |





**THIS IS NOT A VISA**

Version 01.00.04

# U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

## Immigrant Visa and Alien Registration Application Confirmation

### Thank You

Your Immigrant Visa and Alien Registration Application (DS-260) was sent to the National Visa Center (NVC) for review. Please allow up to 30 business days for the NVC to complete the review.

### Next Steps

All applicants must:

1. Obtain and submit required supporting civil documents.
2. Obtain and submit photographs that meet the Department of State's visa requirements.
3. Review the information specific to U.S. Embassy/Consulate General where your visa interview will occur.

If you have not already collected and submitted the required documents to the National Visa Center then you should do so at this time. If the documentation you have submitted is either insufficient or incomplete you will be notified by the NVC. Your visa interview cannot be scheduled until your supporting documentation is complete and correct.

Note: During the interview with a consular officer, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application and that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore, at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | BESARATI, SARVENAZ |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 20 FEB 2014 |
| Case No: | ABD2014522003 |
| Confirmation No: | AA003VNWXM |


ABD2014522003


AA003VNWXM

**THIS IS NOT A VISA**                                 Version 01.00.04

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

Your Immigrant Visa and Alien Registration Application (DS-260) was sent to the National Visa Center (NVC) for review. Please allow up to 30 business days for the NVC to complete the review.

### Next Steps

All applicants must:

1. Obtain and submit required supporting civil documents.
2. Obtain and submit photographs that meet the Department of State's visa requirements.
3. Review the information specific to U.S. Embassy/Consulate General where your visa interview will occur.

If you have not already collected and submitted the required documents to the National Visa Center then you should do so at this time. If the documentation you have submitted is either insufficient or incomplete you will be notified by the NVC. Your visa interview cannot be scheduled until your supporting documentation is complete and correct.

Note: During the interview with a consular officer, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your Immigrant visa application and that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore, at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | B , Ai   * Redacted pursuant to LCvR 5.4(F)(2) |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 20 FEB 2014 |
| Case No: | ABD2014522003 |
| Confirmation No: | AA003VNZ9G |

ABD2014522003                    AA003VNZ9G

**THIS IS NOT A VISA**                    Version 01.00.04

https://ceac.state.gov/IVApp/IVApp/ESign/Complete_Done.aspx?node=Done                    2/20/2014